# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| PRODIGY FINANCE CM2020-1 DAC, an Irish Corporation,<br><br>       Petitioner,<br><br>       v.<br><br>ROMIE ALEJANDRA TEJEDA BARRON, an individual,<br><br>       Respondent. | Case No. 3:25-cv-04908-CRB<br><br>Senior District Judge Charles R. Breyer, Courtroom 6<br><br>[~~PROPOSED~~] **FINAL DEFAULT JUDGMENT AGAINST RESPONDENT PURSUANT TO FED. R. CIV. P. 55(B)** |

## [PROPOSED] FINAL DEFAULT JUDGMENT

On November 21, 2025, Petitioner Prodigy Finance CM 2020-1 DAC filed its Motion for Default Judgment. The Court, having considered Petitioner's Motion, and the evidence attached thereto, **GRANTS** the Motion and **ORDERS** that the Final Award in Petitioner's favor is **CONFIRMED**.

Petitioner shall recover from Respondent Romie Alejandra Tejeda Barron:

1.    the principal sum of $66,024.20, and

2.    simple interest on the principal sum of 10% per annum from January 14, 2024, until the date of this judgment, and

3.    costs and expenses incurred in connection with the arbitration amounting to $5,200.00, and

4.    attorneys' fees and costs amounting to $9,407.31, and

5.    post-judgment interest pursuant to 28 U.S.C. § 1961.

**IT IS SO ORDERED.**

Dated:   February 23, 2026

_____
Honorable Charles R. Breyer
United States District Court Senior Judge

- 1 -